In the Matter of the Application of FRANCESTO SANTILLI, VINCENZO SANTILLI, PATRIZIO BASILICO, PAULO BASILICO, BERARDINO DI FRANCESCO, and ACHILLE

SOLITARIO, Respondents, for a Peremptory Order of Mandamus against THE GISSI MUTUAL SERVICE SOCIETY OF NEW YORK CITY INCORPORATED, and Others, Appellants.— Peremptory order of mandamus commanding the reinstatement of the petitioners to membership in the appellant society unanimously affirmed, with costs. No opinion. Present — Hagarty, Johnston, Adel and Taylor, JJ.; Lazansky, P. J., not voting.